UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL FRIEDMANN,

        Plaintiff,

   v.

SYNCHRONY BANK,

        Defendant.

CASE NO. C25-5071 BHS

ORDER

THIS MATTER is before the Court following its August 21, 2025, Order to Show Cause, Dkt. 6, requiring pro se, in forma pauperis plaintiff Michael Friedmann to show cause why this matter should not be dismissed for failure to prosecute.

Friedmann's response was due September 11. He has not responded, and he has not made any effort to obtain summonses or otherwise advance this case since his application to proceed in forma pauperis was granted in February 2025. Dkt. 4.

This matter is DISMISSED without prejudice. The clerk shall close the case.

IT IS SO ORDERED.

//

//

ORDER - 1

1  Dated this 15th day of September, 2025.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge